FILED
CLERK, U.S. DISTRICT COURT

OCT 31 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> David Pena, <br><br> Defendant. | Case No.: 5:23-mj-00506 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other: _____

1

1       and/ or

2 B. ( )   The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the safety
4       of any other person or the community if released under 18 U.S.C.
5       § 3142(b) or (c). This finding is based on the following:
6       ( )   information in the Pretrial Services Report and Recommendation
7       ( )   information in the violation petition and report(s)
8       ( )   the defendant's nonobjection to detention at this time
9       ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: October 31, 2023                  _____
15                                            SHERI PYM
                                           United States Magistrate Judge